No. 98–8835.  HIBBETTS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 98–8837.  HUGHES *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 98–8844.  MCCLELLAN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 98–8848.  JACKSON *v.* WHITE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–8849.  SEIFERT *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 98–8850.  PUGH *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 98–8854.  MEANS *v.* HERMAN, SECRETARY OF LABOR. C. A. D. C. Cir.  Certiorari denied.

No. 98–8864.  WILSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–8871.  DONALDSON *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 98–8876.  DAYE *v.* BRANNON.  C. A. 4th Cir.  Certiorari denied.

No. 98–8877.  GILL *v.* NEW YORK STATE BOARD OF LAW EXAMINERS.  C. A. 2d Cir.  Certiorari denied.

No. 98–8885.  MIRELES-ANZURES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–8888.  WILLIS *v.* LATHROP CONSTRUCTION ASSOCIATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–8889.  THOMAS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–8891.  BROWN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.